IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ACER, INC.; ACER AMERICA CORPORATION; APPLE, INC.; ASUS COMPUTER INTERNATIONAL; ASUSTEK COMPUTER, INC.; DELL, INC.; FUJITSU, LTD.; FUJITSU AMERICA, INC.; GATEWAY, INC.; HEWLETT PACKARD CO.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>    Defendants,<br><br>INTEL CORPORATION; NVIDIA CORPORATION; MARVELL SEMICONDUCTOR, INC.; ATHEROS COMMUNICATIONS, INC.; and BROADCOM CORPORATION,<br><br>    Intervenors.<br>_____/ | No. C 10-3724 CW<br><br>ORDER SEVERING THIRD-PARTY PLAINTIFF APPLE INC.'S CLAIMS AGAINST THIRD-PARTY DEFENDANT ORACLE AMERICA, INC. AND STAYING THE ACTION UNTIL THE UNDERLYING CASE IS RESOLVED (Docket No. 939) |

On December 13, 2013, Third-Party Plaintiff Apple, Inc. (Apple) and Third-Party Plaintiff Oracle America, Inc. (Oracle) submitted a joint request to stay the third-party action between Apple and Oracle until the underlying action between Apple and U.S. Ethernet Innovations, LLC (USEI) is resolved. Because the indemnification claims in the third-party action rest heavily on the outcome of the underlying action, the Court agrees that such a stay would serve the interests of judicial economy. The Court additionally finds that severance of the third-party action is

appropriate under Federal Rule of Civil Procedure 14. See Fed. R. Civ. P. 14(4)("Any party may move to strike the third-party claim, to sever it, or to try it separately"); Id. Advisory Committee Notes ("the court has discretion to strike the third-party claim if it ... can only delay or prejudice the disposition of the plaintiff's claim ... or accord it separate trial if confusion or prejudice would otherwise result"). See also Sw. Administrators, Inc. v. Rozay's Transfer, 791 F.2d 769, 777 (9th Cir. 1986). Accordingly, IT IS HEREBY ORDERED that:

(1) The third-party action between Apple and Oracle shall be severed from the underlying action. The Clerk of the Court shall assign a new case number to the third party action and transfer the third-party complaint, counterclaim complaint, and any accompanying answers to the new action's docket. The new action shall remain assigned to the undersigned and shall not result in statistical credit.

(2) Apple's claims and Oracle's counterclaims shall be stayed completely in the new action, pending resolution of the underlying action. Oracle shall not, however, use the stipulation or stay to avoid discovery propounded by Apple related to the patent infringement claims in the underlying action.

2

1  (3)  As provided in their stipulation, neither Apple nor
2       Oracle waive any rights, remedies, claims by stipulating
3       to the stay; all such rights, remedies, and claims are
4       preserved.
5  IT IS SO ORDERED.

7  Dated: 12/18/2013                
                                    CLAUDIA WILKEN
8                                   United States District Judge