IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,                                      No. C 13-5883 CW

      Plaintiff,                              SCHEDULING ORDER

   v.

ORACLE AMERICA, INC.,

      Defendant.

_____/

On December 19, 2013, the Court granted the above-captioned parties' joint request to sever this action from U.S. Ethernet Innovations, LLC v. Acer, Inc. et al, N.D. Cal. Case No. 10-3724 (USEI).  On December 1, 2014, the Clerk of the Court entered judgment in USEI.  Since that time, the parties have not made any filings in this case.  The Court hereby orders the parties to file a joint case management statement within seven days of the date of this order.  To the extent possible, the parties shall jointly propose a schedule for the resolution of this case.  If they are unable to agree on a schedule, each party shall propose its own schedule and explain why it is preferable.  The Court will then issue a further scheduling order or set a case management conference if necessary.

IT IS SO ORDERED.

Dated: 05/08/2015

CLAUDIA WILKEN
United States District Judge