IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | No. C 13-5883 CW |
|     Plaintiff, | ORDER REGARDING JOINT CASE MANAGEMENT STATEMENT |
|   v. | |
| ORACLE AMERICA, INC., | |
|     Defendant. | |
_____/

On May 14, 2015, Plaintiff Apple Inc. and Defendant Oracle America, Inc. submitted a Joint Case Management Statement pursuant to the Court's May 8, 2015 Scheduling Order. The Court had previously stayed this action between Apple and Oracle pending the resolution of U.S. Ethernet Innovations, LLC v. Acer, Inc. et al, N.D. Cal. Case No. 10-3724 (USEI). Dkt. No. 5. On December 1, 2014, the Clerk of the Court entered judgment in USEI. That judgment is currently on appeal to the Federal Circuit.

Having considered the parties' submission, the Court hereby ORDERS that:

(1) The stay previously Ordered on December 19, 2013 is lifted.

(2) The parties have 14 days from the entry of this Order to enter into a tolling agreement and dismiss this action without prejudice.

IT IS SO ORDERED.

Dated: 05/15/2015

CLAUDIA WILKEN
United States District Judge