ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
**FEINBERG DAY ALBERTI &
THOMPSON LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone:  650.618.4360
Facsimile:   650.618.4368

DANNY L. WILLIAMS
dwilliams@wmalaw.com
**WILLIAMS MORGAN P.C.**
10333 Richmond Ave, Suite 1100
Houston, Texas 77042
Phone: 713-934-7000
Facsimile: 713-934-7011

Attorneys for Defendant and
Third-Party Plaintiff
APPLE INC.

Ashlea Raymond Pflug (SBN: 235176)
araymond@winston.com
Dae Hee Cho (SBN: 274045)
dcho@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Thomas Dunham (*pro hac*)
tdunham@winston.com
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Attorneys for Third-Party Defendant
and Counterclaimant
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 4:13-cv-05883 CW |
|      *Plaintiff,* | **JURY TRIAL DEMANDED** |
|     v. | |
| ORACLE AMERICA, INC., | Related Case: 4:10-cv-03724 CW |
|     *Defendant.* | **STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

1

Pursuant to the Court's Order Regarding Joint Case Management Statement (Dkt. No. 8), Plaintiff Apple Inc. ("Apple") and Defendant Oracle America, Inc. ("Oracle") hereby submit this stipulation to dismiss all claims and counterclaims in the action without prejudice.

WHEREAS, U.S. Ethernet Innovations, LLC ("USEI") filed a complaint for patent infringement against Apple and other defendants in the Eastern District of Texas on October 9, 2009 ("Underlying Action"), and the Underlying Action was transferred to the Northern District of California on August 23, 2010.

WHEREAS, Apple filed a third-party complaint against Oracle on April 19, 2013 (USEI Case Dkt. No. 738), and Oracle answered Apple's third-party complaint on May 24, 2013 (USEI Case Dkt. No. 773).

WHEREAS, the Court severed the claims and counterclaims between Apple and Oracle into the current action and stayed the case "pending resolution of the underlying action."  USEI Case. Dkt. No. 942; Dkt. No. 5.

WHEREAS, the Court granted summary judgment in favor of defendants in the Underlying Action for all of USEI's asserted claims, and the Clerk entered judgment in favor of defendants on December 1, 2014.  USEI Case Dkt. Nos. 1289, 1294.

WHEREAS, USEI filed a Notice of Appeal on May 7, 2015, and USEI's appeal was docketed at the Federal Circuit on May 8, 2015 as Appeal No. 15-1640.  USEI Case. Dkt. Nos. 1417-18.

WHEREAS, the Court ordered the Parties in this action to file a joint case management statement by May 15, 2015.  Dkt. No. 6.

WHEREAS, the Parties requested the Court to either (1) stay this action or (2) give the Parties fourteen days to negotiate entering into a tolling agreement and then dismiss this action

2

without prejudice.  Dkt. No. 7.

WHEREAS, the Court lifted the stay and ordered the Parties to enter into a tolling agreement and dismiss this action without prejudice by May 29, 2015.  Dkt. No. 8.

WHEREAS, the Parties have entered into a tolling agreement to maintain the status quo for their claims and counterclaims in this action.

NOW THEREFORE, the Parties hereby stipulate, through their respective counsel, to the dismissal of all claims and counterclaims in the action without prejudice.  Each side agrees to bear its own costs and fees in this action.

DATED: May 28, 2015                          WILLIAMS MORGAN P.C.


By: _/s/ Danny L. Williams_____
        Danny L. Williams

Counsel for APPLE INC.


WINSTON & STRAWN LLP

By: _/s/ Dae Hee Cho_____
        Dae Hee Cho

Counsel for ORACLE AMERICA, INC.

DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the parties hereto.

DATED: May 28, 2015                          WILLIAMS MORGAN P.C.

By: _/s/ Danny L. Williams_____
        Danny L. Williams
        Counsel for Plaintiff Apple Inc.

3