| | |
|---|---|
| ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>DAVID ALBERTI (SBN 220625)<br>dalberti@feinday.com<br>YAKOV ZOLOTOREV (SBN 224260)<br>yzolotorev@feinday.com<br>**FEINBERG DAY ALBERTI & THOMPSON LLP**<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Telephone:  650.618.4360<br>Facsimile:   650.618.4368<br><br>DANNY L. WILLIAMS<br>dwilliams@wmalaw.com<br>**WILLIAMS MORGAN P.C.**<br>10333 Richmond Ave, Suite 1100<br>Houston, Texas 77042<br>Phone: 713-934-7000<br>Facsimile: 713-934-7011<br><br>Attorneys for Defendant and Third-Party Plaintiff<br>APPLE INC. | Ashlea Raymond Pflug (SBN: 235176)<br>araymond@winston.com<br>Dae Hee Cho (SBN: 274045)<br>dcho@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750<br><br>Thomas Dunham (*pro hac*)<br>tdunham@winston.com<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br><br>Attorneys for Third-Party Defendant and Counterclaimant<br>ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>   *Plaintiff,*<br><br>   v.<br><br>ORACLE AMERICA, INC.,<br><br>   *Defendant.* | Case No. 4:13-cv-05883 CW<br><br>**JURY TRIAL DEMANDED**<br><br>Related Case: 4:10-cv-03724 CW<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

1

# [PROPOSED] ORDER OF DISMISSAL

Having reviewed the Parties' Stipulation of Dismissal of Action Without Prejudice, this Court adopts the Stipulation.

**IT IS HEREBY ORDERED THAT:**

This action is dismissed without prejudice in its entirety, and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____

_____
CLAUDIA WILKEN
United States District Judge